Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEWINA WALKER,<br><br>        Plaintiff,<br><br>v.<br><br>FINWISE BANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 8:23-cv-01724-JWH-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

        Respectfully submitted April 10, 2024

                        /s/ Garrett Charity

| | |
|---|---|
| 1 | Garrett Charity, Esq. |
| 2 | McCarthy Law, PLC |
| | 4250 North Drinkwater Blvd, Suite 320 |
| 3 | Scottsdale, AZ  85251 |
| | Telephone: (602) 456-8900 |
| 4 | Fax: (602) 218-4447 |
| 5 | Garrett.Charity@mccarthylawyer.com |
| | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

 /s/ *Garrett Charity*